# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**COURTNEY COLLIER,**

    **Plaintiff,**

v.                                                                              Case No.: 8:17-cv-2875-T-30AAS

**MICHAEL DRONGOSKY,**

    **Defendant.**

_____/

## ORDER

The parties appeared before the undersigned for a hearing on Courtney Collier's Motion to Compel Production of Documents (Doc. 27) and Michael Drongosky's Motion to Strike (Doc. 29). For the reasons stated on the record at the hearing today, May 25, 2018, it is **ORDERED**:

    (1)    Mr. Collier's Motion to Compel Production of Documents (Doc. 27) is **GRANTED IN PART AND DENIED IN PART.** No later than **June 18, 2018**, Mr. Drongosky must produce the following documents:

        A. From November 30, 2017, to the present, documents (i.e., a copy of a purchase agreement or a deed) that evidence the address of real estate in which Mr. Drongosky has an ownership interest.

        B. From 2016-2018, documents (i.e., the front pages of monthly account statements) that evidence the address provided by Mr. Drongosky to the financial institutions for each of his bank accounts, including credit card accounts.

        C. From 2016-2018, documents (i.e., the front pages of monthly account statements) that evidence the address provided by Mr. Drongosky for each of his brokerage and

        other investment accounts.

    D. From 2016-2018, the vehicle registration documents for all vehicles in which Mr. Drongosky has an ownership interest.

    E. From 2016-2018, for any corporation, partnership, limited liability company, or other business in which Mr. Drongosky has an ownership interest, documentation that evidences his ownership interest and where the entity is domiciled.

    F. From 2016-2018, Mr. Drongosky's address information for all monthly utility bills, cell phone bills, cable bills, internet bills, and the like, in Mr. Drongosky's name.

(2)    Mr. Drongosky's Motion to Strike Plaintiff's Motion to Compel (Doc. 29) is **DENIED**.

(3)    Mr. Drongosky's response to the complaint (Doc. 1) is due by **July 2, 2018**.

**ORDERED** in Tampa, Florida on this 25th day of May, 2018.

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge